| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | MICHAEL D. ANDERSON<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2755<br>Facsimile: (916) 554-2900 |



**FILED**

SEP 26 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BENJAMIN CUNHA,

    Defendant.

CASE NO. 2:13-CR-0321 JAM

ORDER TO SEAL
(UNDER SEAL)

**SEALED**

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Michael D. Anderson to seal the indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the first defendant or until further order of this Court.

DATED: September 26, 2013

_____
CAROLYN K. DELANEY
United States Magistrate Judge

1