

**FILED**

SEP 30 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN CUNHA,<br><br>Defendant. | Case No. 2:13-cr-00321-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  BENJAMIN CUNHA , Case No. 2:13-cr-00321-JAM  from custody for the following reasons:

_____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of $    50,000

__X__ Unsecured Appearance Bond $ 50,000, cosigned by parents

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Pretrial Services conditions, third-party custody of parents

Issued at Sacramento, California on September 30, 2013.

By: *Carol N. Delaney*

Magistrate Judge Carolyn K. Delaney