**LAW OFFICE OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN: 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
**BENJAMIN CUNHA**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>BENJAMIN CUNHA,<br><br>                Defendant. | CASE NO.  2:13-CR-00321-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: April 29, 2014<br>TIME: 9:45 a.m.<br>COURT: Hon. John A. Mendez |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status on April 29, 2014.

2.    By this stipulation, defendant now moves to continue the status conference until May 8, 2014, and to exclude time between April 29, 2014 and May 8, 2014, under Local Code T4.

3.    The parties agree and stipulate, and request that the Court find the following:

a)    The government has represented that the discovery associated with this case includes seven DVDs containing 2527 pages of reports, documents and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.  This discovery relates to conduct dating back to the year of 2007.

b)    Counsel for defendant is still in a four co-defendant homicide jury trial -- *People v. Rashid Tanko, et al., Sacramento County Superior Case Number: 11F02295* -- which is not now expected to conclude until late April or early May 2014.  Further, defense counsel has been

recently made aware that transcripts from a state court proceeding may be relevant to the parties' negotiations in seeking a resolution in this case. Accordingly, defense counsel needs additional time to obtain the transcripts and to further discuss a potential resolution.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 29, 2014 to May 8, 2014 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  April 24, 2014         BENJAMIN B. WAGNER
                  United States Attorney

                  /s/ Michael D. Anderson
                  Michael D. Anderson
                  Assistant United States Attorney

Dated: April 24, 2014          /s/ Johnny L. Griffin, III
                  Johnny L. Griffin, III
                  Counsel for Defendant
                  BENJAMIN CUNHA

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this <u>24</u> day of <u>April</u>, 2014

       /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE