1  **LAW OFFICE OF JOHNNY L. GRIFFIN, III**
   **JOHNNY L. GRIFFIN, III (SBN: 118694)**
2  1010 F Street, Suite 200
   Sacramento, CA 95814
3  Telephone: (916) 444-5557
   Facsimile: (916) 444-5558
4
   Attorney for Defendant
5  **BENJAMIN CUNHA**

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,            CASE NO.  2:13-CR-00321-JAM

11                Plaintiff,             STIPULATION REGARDING EXCLUDABLE
                                          TIME PERIODS UNDER SPEEDY TRIAL ACT;
12         v.                            FINDINGS AND ORDER

13 BENJAMIN CUNHA,                       DATE: December 9, 2014
                                          TIME: 9:30 a.m.
14                Defendant.             COURT: Hon. John A. Mendez

15
                                **STIPULATION**
16
          Plaintiff United States of America, by and through its counsel of record, and defendant, by and
17
   through defendant's counsel of record, hereby stipulate as follows:
18
          1.      By previous order, this matter was set for hearing/status on December 9, 2014.
19
          2.      By this stipulation, defendant now moves to continue the status conference to January 20,
20
   2015 at 9:30 a.m., and to exclude time between December 9, 2014 and January 20, 2015, under Local
21
   Code T4.
22
          3.      The parties agree and stipulate, and request that the Court find the following:
23
          a)      The government has represented that the discovery associated with this case
24
   includes seven DVDs containing 2527 pages of reports, documents and photographs. All of this
25
   discovery has been either produced directly to counsel and/or made available for inspection and
26
   copying.  This discovery relates to conduct dating back to the year of 2007.
27
          b)      Counsel for defendant and the government are engaged in plea negotiations and
28
   additional is needed in reaching a mutually acceptable resolution in this matter.

STIPULATION REGARDING EXCLUDABLE TIME                    1
PERIODS UNDER SPEEDY TRIAL ACT

      c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 9, 2014 to January 20, 2015 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 8, 2014                           BENJAMIN B. WAGNER
                                                         United States Attorney

                                                         /s/ Michael D. Anderson
                                                        Michael D. Anderson
                                                         Assistant United States Attorney

Dated: December 8, 2014                             /s/ Johnny L. Griffin, III
                                                         Johnny L. Griffin, III
                                                         Counsel for Defendant
                                                         BENJAMIN CUNHA

///

///

///

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 9th day of December, 2014

    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

3