**LAW OFFICE OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN: 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
**BENJAMIN CUNHA**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BENJAMIN CUNHA,<br><br>    Defendant. | CASE NO.  2:13-CR-00321-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 20, 2015<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for hearing/status on January 20, 2015.

2. By this stipulation, defendant now moves to continue the status conference to March 3, 2015 at 1:45 p.m. and to exclude time between January 20, 2015 and March 3, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes seven DVDs containing 2527 pages of reports, documents and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.  This discovery relates to conduct dating back to the year of 2007.

    b) Counsel for defendant and the government are engaged in continuing plea negotiations and additional is needed in finalizing a mutually acceptable resolution in this matter.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 20, 2015 to March 3, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 16, 2015                             BENJAMIN B. WAGNER
                                                    United States Attorney

                                                    /s/ Michael D. Anderson
                                                    Michael D. Anderson
                                                    Assistant United States Attorney

Dated: January 16, 2015                             /s/ Johnny L. Griffin, III
                                                    Johnny L. Griffin, III
                                                    Counsel for Defendant
                                                    BENJAMIN CUNHA

///

///

STIPULATION REGARDING EXCLUDABLE TIME                    2
PERIODS UNDER SPEEDY TRIAL ACT

1  ///

2  **FINDINGS AND ORDER**

3  IT IS SO FOUND AND ORDERED this 16th day of January, 2015

<pre>
                              /s/ John A. Mendez
                         THE HONORABLE JOHN A. MENDEZ
                         UNITED STATES DISTRICT COURT JUDGE
</pre>