**LAW OFFICE OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN: 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
**BENJAMIN CUNHA**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00321-JAM |
|---|---|
| Plaintiff, | AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;  FINDINGS AND ORDER |
| v. | |
| BENJAMIN CUNHA, | DATE: March 3, 2015 TIME: 9:30 a.m. COURT: Hon. John A. Mendez |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for hearing/status on March 3, 2015.

2. By this stipulation, defendant now moves to continue the status conference to April 21, 2015 at 9:15 a.m., and to exclude time between March 3, 2015 and April 21, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes seven DVDs containing 2527 pages of reports, documents and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. This discovery relates to conduct dating back to the year of 2007.

b) Counsel for defendant and the government are engaged in continuing plea negotiations. Defense counsel has met further with the government and based on those

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

discussion, defense counsel needs additional time to conduct further investigation and then to review various aspects of the discovery. After such investigation and review, counsel will then need additional time to further meet with the government in seeking a mutually acceptable resolution in this matter.

    c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)    The government does not object to the continuance.

    e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 3, 2015 to April 21, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 27, 2015                BENJAMIN B. WAGNER
                                                    United States Attorney

                                                     /s/ Michael D. Anderson
                                                     Michael D. Anderson
                                                     Assistant United States Attorney

///

| | |
|---|---|
| Dated: February 27, 2015 | /s/ Johnny L. Griffin, III<br>Johnny L. Griffin, III<br>Counsel for Defendant<br>BENJAMIN CUNHA |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of March, 2015

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE