**LAW OFFICE OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN: 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
**BENJAMIN CUNHA**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00321-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| BENJAMIN CUNHA, | DATE: July 28, 2015 |
| | TIME: 9:15 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial confirmation hearing on July 28, 2015 and jury trial on September 14, 2015.

2. By this stipulation, the parties now moves to continue the trial confirmation hearing to October 6, 2015 at 9:15 a.m., to continue the jury trial to October 19, 2015 at 9:00 a.m., and to exclude time between July 28, 2015 and October 19, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes seven DVDs containing 2527 pages of reports, documents and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. This discovery relates to conduct dating back to the year of 2007.

   b) Counsel for defendant has requested, and the government has agreed to prepare

and provide, transcripts of the DVD recordings. Additional time is needed to prepare and then review the transcripts. Further, defense counsel has two scheduled in custody homicide trials which will result in his unavailability on September 14, 2015 in this case. Specifically, defense counsel is scheduled to commence the three co-defendant trial of *People v. Njoku, et al.,* Sacramento County Superior Case Number 14F07784 on August 4, 2015 and scheduled to commence the homicide trial of *People v. Butler,* Sacramento County Superior Court Case Number 14F06353 on September 10, 2015.

      c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 28, 2015 to October 19, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 26, 2015                              BENJAMIN B. WAGNER
                                                        United States Attorney

                                                        /s/ William S. Wong
                                                        William S. Wong
                                                        Assistant United States Attorney

Dated: July 26, 2015  /s/ Johnny L. Griffin, III
Johnny L. Griffin, III
Counsel for Defendant
BENJAMIN CUNHA

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 27th day of July, 2015

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE