**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
**BENJAMIN CUNHA**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>BENJAMIN CUNHA <br><br>　　　　Defendant. | 2:13-CR-00321-JAM <br><br>**STIPULATION AND ORDER TO MODIFY CONDITION OF PRETRIAL RELEASE TO ALLOW TRAVEL TO ATTEND WEDDING.** |

　　　Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through his counsel of record, hereby stipulate and agree as follows:

　1. Defendant is out of custody on home detention and being monitored by Pretrial Services.

　2. Defendant is restricted to his residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities pre-approved by the pretrial services officer.

1

3. Defendant has been asked to be the best man at his sister's wedding ceremony, which is scheduled to commence at 4:00 p.m. on September 5, 2015 at The Lake of the Sky, 1213 Margarite Avenue, South Lake Tahoe, California.

4. Following the wedding ceremony, defendant and his family members have dinner reservations at Nepheles, 1169 Ski Run Boulevard, South Lake Tahoe, California.

5. U.S. Pretrial Services Officer Renee Basurto has confirmed the above wedding date and dinner reservation.

6. Accordingly, the parties agree and stipulate to modify defendant's home detention to allow him to attend the wedding and dinner wherein he can be leave his home on September 5, 2015 at 7:00 a.m. and return no later than 12:00 a.m. on September 6, 2015.

**IT IS SO STIPULATED.**

Dated: September 4, 2015                              BENJAMIN B. WAGNER
                                                      United States Attorney

                                                      /s/ William S. Wong_____
                                                      William S. Wong
                                                      Assistant U.S. Attorney

Dated: September 4, 2015                              /s/ Johnny L. Griffin, III _____
                                                      Johnny L. Griffin, III
                                                      Attorney for Defendant
                                                      BENJAMIN CUNHA

**IT IS SO ORDERED.**

Dated:  September 4, 2015

_[signature: Kendall J. Newman]_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE