1 **LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III (SBN 118694)**

2 1010 F Street, Suite 200
Sacramento, California 95814

3 Telephone: (916) 444-5557
Facsimile: (916) 444-5558

4

Attorney for Defendant

5 **BENJAMIN CUNHA**

6

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA    )   2:13-CR-00321-JAM
                                )

11          Plaintiff,    )  **STIPULATION AND ORDER TO**
                                )  **MODIFY CONDITION OF PRETRIAL**

12                                 )  **RELEASE TO ALLOW DEFENDANT TO**
   v.                     )  **BE AWAY FROM HIS RESIDENCE TO**

13                                 )  **ATTEND GRANDFATHER'S 90th**
BENJAMIN CUNHA         )  **BIRTHDAY DINNER**

14                                 )
        Defendant.    )

15                                 )

16                                 )

17 _____)

18      Plaintiff United States of America, by and through its counsel of record, and Defendant,

19 by and through his counsel of record, hereby stipulate and agree as follows:

20    1.  Defendant is out of custody on home detention and being monitored by Pretrial Services.

21    2.  On October 6, 2015, defendant entered a guilty plea to Count One of the indictment.

22    3.  Judgment and Sentencing is currently scheduled for January 12, 2016.

23    4.  Defendant was allowed to remain out of custody pending the January 12, 2016 sentencing

24       date on the same terms and conditions as previously set during his initial detention

25       hearing.

5. Pursuant to those conditions, defendant is restricted to his residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities pre-approved by the pretrial services officer.

6. Defendant's paternal grandfather, Frank Cunha, will be celebrating his 90th birthday on October 22, 2015 at 7:00 p.m., at the Western Village Steak House, 815 Nichols Blvd., Sparks, Nevada 89434.

7. Defendant and his family anticipate approximately 9-10 guest to attend the dinner.

8. U.S. Pretrial Services Officer Renee Basurto has confirmed the above birthday celebration, location and date.

9. Defendant requests permission to be away from his residence on October 22, 2015. Specifically, Defendant will be away from his residence on October 22, 2015 from 7:00 a.m. to 11:59 p.m.

10. Defendant's parents/third party custodians will be with him at the birthday celebration and have agreed to report any known violations to Pretrial Services.

11. Accordingly, the parties agree and stipulate to modify defendant's home detention to allow him to attend the birthday celebration, wherein he can be leave his home on October 22, 2015 at 7:00 a.m. and return no later than 11:59 p.m. on October 22, 2015.

**IT IS SO STIPULATED.**

Dated: October 21, 2015

BENJAMIN B. WAGNER
United States Attorney


/s/ William S. Wong
William S. Wong
Assistant U.S. Attorney

Dated: October 21, 2015                    /s/ Johnny L. Griffin, III _____
                                           Johnny L. Griffin, III
                                           Attorney for Defendant
                                           BENJAMIN CUNHA

**IT IS SO ORDERED.**


Dated:  October 21, 2015


                                           _____
                                           KENDALL J. NEWMAN
                                           UNITED STATES MAGISTRATE JUDGE