**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
**BENJAMIN CUNHA**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BENJAMIN CUNHA, <br><br> Defendant. | 2:13-CR-00321-JAM <br><br> **STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE FOR MEDICAL TREATMENT.** |

   Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through his counsel of record, hereby stipulate and agree as follows:

   1. Defendant is out of custody on home detention and being monitored by Pretrial Services.

   2. Defendant is restricted to his residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities pre-approved by the pretrial services officer.

3. Defendant is scheduled to undergo heart surgery on August 3, 2016 at 5:15 a.m., and his pre-op is scheduled for August 2, 2016 at 9:00 a.m.

4. Defendant's surgeon has advised that defendant will remain hospitalize for 5-7 days after the surgery.

5. Defendant's surgeon has further advised that defendant will be considered disabled for 3 months following surgery, and that defendant should be able to return to a regular full-time work schedule, with no restrictions, on November 3, 2016.

6. Defendant's location monitoring transmitter needs to be taken off prior to 5:00 a.m. on the date of surgery (August 3, 2016).

Accordingly, the parties agree and stipulate to modify defendant's home detention to allow him to receive medical treatment. Specifically, the parties agree and stipulate that the location monitoring transmitter shall be removed on August 2, 2016 at 3:30 p.m. at the Pretrial Services Office. Defendant shall report to the Pretrial Services Office on the first working day following his release from the hospital for the transmitter to be reinstalled. Pretrial Services shall confirm defendant's hospitalization each day. Defendant will not be electronically monitored during his hospitalization.

///

///

///

///

///

///

///

**IT IS SO STIPULATED.**

Dated: August 1, 2016                           BENJAMIN B. WAGNER
                                                United States Attorney


                                                /s/ William S. Wong_____
                                                William S. Wong
                                                Assistant U.S. Attorney


Dated: August 1, 2016                           /s/ Johnny L. Griffin, III _____
                                                Johnny L. Griffin, III
                                                Attorney for Defendant
                                                BENJAMIN CUNHA


**IT IS SO ORDERED.**

Dated: August 1, 2016                           /s/ John A. Mendez_____
                                                U. S. District Court Judge

3